IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOE D. RATLIFF                                                              PLAINTIFF

vs.                                   CASE NO. **5:04CV00047GH**

GUARANTEE LIFE INSURANCE
COMPANY                                                                     DEFENDANT

## ORDER

Pending before the Court is plaintiff's motion to establish a briefing schedule.
The previous briefing schedule was suspended due to certain discovery issues.

Plaintiff shall file his initial brief on or before January 23, 2006, and
defendant's brief shall be filed fourteen days thereafter; no reply briefs will be allowed
unless leave of Court has been granted.

Accordingly, the motion to establish briefing schedule is granted.

IT IS SO ORDERED this 13th day of January, 2006                .

_George Howard, Jr._
UNITED STATES DISTRICT JUDGE

-1-