IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOE D. RATLIFF                                                                  PLAINTIFF

vs.                      CASE NO. **5:04CV00047GH**

GUARANTEE LIFE INSURANCE
COMPANY                                                      DEFENDANT

## **JUDGMENT**

    Pursuant to the Order entered this date, judgment is entered in favor of defendant and against plaintiff; the complaint is hereby dismissed with prejudice.

    IT IS SO ORDERED this 24th day of April, 2006       .

                                               _____
                                                  UNITED STATES DISTRICT JUDGE